## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

**KEITH KILBOURN,**

                **Plaintiff,**

        v.

**MULTNOMAH COUNTY, et al.,**

                **Defendants.**

Case No. CV 08-949 HA

**ORDER OF DISMISSAL**

The Court having been informed that this action has been settled,

IT IS ORDERED that, pursuant to LR 41.1, this action is dismissed with prejudice and without costs and with leave, upon good cause shown within sixty (60) days, to have this order of dismissal set aside and the action reinstated if the settlement is not consummated. Pending motions, if any, are denied as moot.

Dated: October 2, 2009.

                              MARY MORAN,
                              CLERK OF COURT

                     by   /s/ Jenny Raun
                            Jenny Raun, Deputy Clerk